## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANCISCO FRANCO,<br>Petitioner,<br><br>v.<br><br>Todd M. Lyons, Acting New York Field Office<br>Director, Immigration Customs and Enforcement<br>and Removal Operations, ("ICE/ERO, Todd M. Lyons,<br>Director of Customs Enforcement ("ICE");<br>U.S. Immigration and Customs Enforcement;<br>Kristi Noem, Secretary of the Department of Homeland<br>Security {"DHS"); U.S. Department of Homeland Security<br>Pamela Bondi, Attorney General of the United States, and<br>United States Department of Justice ("DOJ")<br><br>Respondents | )<br>)<br>)<br>)   Case No._____<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PETITION AND COMPLAINT FOR DECLARATORY, INJUNCTIVE, AND HABEAS RELIEF

## NATURE OF ACTION

1. Petitioner, Francisco Franco, an alien presently in the custody of the New York office of Immigration Customs and Enforcement ("ICE") at 26 Federal Plaza, New York, New York seeks habeas corpus relief.

2. ICE arrested Petitioner in Westbury, New York without a warrant on January 13, 2026.

3. ICE is detaining Petitioner at ICE's New York office located at 26 Federal Plaza, New York, New York.

4. Petitioner, a 33-year old male native and citizen of Mexico, may be removed out of the jurisdiction, and petitions the U.S. District Court to declare his mandatory detention without bond unlawful and stay his removal outside of the New York

1

jurisdiction.

5. Petitioner has continuously resided in New York since on or about August 15, 2009.

6. Petitioner is married to a U.S. citizen, Yaneth Franco, and they have 3 U.S. born children, ages 11, 10, and 3.  Exhibit A.

7. Petitioner's oldest child suffers from autism and Attention Deficit Hyperactivity Disorder.

8. Petitioner's son studies and receives educational support services under an Individual Education Program as required by U.S. and New York laws.

9. Petitioner is the beneficiary of an approved immigrant visa petition filed with United States Citizenship and Immigration Service (the "Approved Petition"). Exhibit B.

10. Petitioner has worked as a kitchen helper for Margaritas, Port Washington, New York since 2019.

11. Petitioner has 1 criminal offense, having been convicted of New York Penal Law §1192.1 Driving While Ability Impaired by the Consumption of Alcohol on April 21, 2017.  He completed 50 hours of attendance with the Abuse Program Community Service and paid a fine of $500.

12. The Executive Office for Immigration Review ("EOIR")'s Immigration Court, a component agency of the DOJ, is expected to put Petitioner on  the  detained docket,  and subject him  to  removal proceedings.

13. Due to a policy adopted by Respondents in July, 2025, all aliens such as Petitioner

2

subject to mandatory detention without bond. Petitioner petitions this Court for an order declaring his mandatory detention unlawful and immediate relief.

## JURISDICTION

14. This action arises under the United States Constitution and the Immigration and Nationality Act, 8 U.S.C. §§ 1101 et seq. This Court has habeas corpus jurisdiction pursuant to 28 U.S.C. § 2241 and Art. I & 9, Clause 2 of the United States Constitution (Suspension Clause).

## VENUE

15. Venue lies with this Court because Petitioner is detained under the jurisdiction of the New York City office of ICE.

## PARTIES

16. Petitioner is a 33-year-old male, native and citizen of Mexico, who has been detained under the jurisdiction of the New York office of ICE since yesterday, January 13, 2026. He seeks issuance of a writ of habeas corpus.

17. Respondent Todd M. Lyons is the Director of ICE. He is named in his official capacity. He is responsible for the enforcement of the immigration laws, including against Petitioner. He is also the Acting New York Field Office Director. His address is U.S. Immigration and Customs Enforcement, 500 12th Street, SW, Washington, DC, 20536, and at the New York Field Office, ICE, .26 Federal Plaza, 9th Floor, New York, New York, 10278.

18. Respondent Department of Homeland Security ("DHS") is an executive department of the United States Government. DHS is headquartered in Washington, D.C.

19. Defendant ICE is a component of DHS headquartered in Washington, DC.

20. Defendant Kirsti Noem is the Secretary of DHS. She is named in her official

3

https://d.docs.live.net/b67c6f73a9f39833/Documents/Habeas Corpus/Habeas Corpus Francisco France Habeas Complaint Southern District NY1.docx

capacity. She is responsible for the administration and enforcement of the immigration laws, including against Petitioner. She supervises the DHS and ICE Respondents. Her address is U.S. Department of Homeland Security, 800 K Street, NW #1000, Washington, DC, 20528.

21. Respondent Pamela Bondi is the Attorney General of the United States. She is named in her official capacity. She is responsible for the administration of the immigration laws as exercised by the EOIR. 8 U.S.C. § 1103(g). EOIR administers Petitioner's removal proceedings, and supervises immigration judges and the Board of Immigration Appeals. Her address is U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC, 20530.

22. Respondent Department of Justice ("DOJ") is an executive department of the United States Government. DOJ is headquartered in Washington, DC.

**FACTUAL ALLEGATIONS**

23. Petitioner together with his wife supports their 3 U.S. citizen children.

24. Petitioner is statutorily eligible for 2 immigration removal relief applications which, if approved, would grant him legal permanent residence: First, The Unlawful Presence Waiver and Consular Immigrant Visa Processing. Second, Cancellation of Removal for Nonpermanent Residents.

25. First, as a result of the Approved Petition, Petitioner has the statutory right to apply to USCIS for the unlawful presence waiver ("Unlawful Presence Waiver") which would be the prerequisite for Petitioner to obtain the immigrant visa and adjustment of status to permanent resident.

26. Department of Homeland Security ("DHS") regulations permit certain individuals, such as Petitioner, who are present in the United States unlawfully to request from USCIS the Unlawful Presence Waiver.

4

27. The Unlawful Presence Waiver is a provisional waiver of inadmissibility for aliens present in the United States which requires a demonstration of extreme and unusual hardship to a legal permanent or citizen spouse. *See Expansion of Provisional Unlawful Presence Waivers of Inadmissibility; Final Rule,* 81 Fed. Reg. 50244, 50245 (My 29, 2016); *Provisional Unlawful Presence Waivers of Inadmissibility for Certain Immediate Relatives; Final Rule,* 78 Fed. Reg. 535, 536 (January 3, 2013).

28. The USCIS Unlawful Presence Waiver requires an applicant to remain in the United States while USCIS adjudicates the application.

29. Indeed, in an immigration habeas case, this District's Judge Crotty in <u>Pablo Antonio Villavicencio Calderon v. Jefferson B. Sessions III</u>, 330 F.Supp.3d , 960 (2018), stayed the government respondents from removing a noncitizen petitioner from the United States until he exhausted his right to seek the Provisional Unlawful Presence Waiver.

30. Second, Petitioner is also eligible for relief from removal in accordance with (8 USC § 1229b) [INA §240A(b)(1)]--Cancellation of Removal for Nonpermanent Residents ("Cancellation of Removal").

31. Petitioner will file for Cancellation of Removal with the EOIR shortly.

32. Petitioner seeks to exhaust his rights to seek the Provisional Waiver and Cancellation of Removal.

## PRAYER FOR RELIEF

WHEREFORE, Petitioner requests that this Court enter judgment in his favor and: Order Respondents immediately to release Petitioner from custody, stay removal of Petitioner from the United States until Petitioner exhausts his rights to the Unlawful Presence Waiver, and

5

Cancellation of Removal, and any other desirable waivers of inadmissibility which may be necessary to adjust legal status,  and finally order such other relief as this Court may deem just and proper.

January 14, 2026

Respectfully submitted,

Leonard H. Hecht
Thomas T. Hecht, P.C.
729 Seventh Avenue, 14th floor
New York, New York 10019
212-245-5556
Email: leonard.hecht@hechtlaw.com
Attorney for Petitioner

6

https://d.docs.live.net/b67e6f73a9f39833/Documents/Habeas Corpus/Habeas Corpus Francisco Franco/Habeas Complaint Southern District NY1.docx

**EXHIBIT A**

EXHIBIT A



*L8893041*

District Name **HEMPSTEAD**

## New York State Department of Health

District No. **2950**

## Certificate of Marriage Registration

Local Register No. **03140**

*This is to certify that the persons identified below were married on the date and at the place specified as shown by the duly registered license and certificate of marriage on file in this office*

### Bride/Groom/Spouse

Name **Francisco Franco Sanchez**

First    Premarriage Middle    Premarriage Surname      Birth Surname (if different from premarriage surname)

[X] Check box if same as premarriage middle and surname.

New Middle and/or Surname (if applicable)

Residing at **Westbury, New York**

Date of Birth **Oct 4, 1992**    Place of Birth **Mexico**

Month   Day   Year     City, Town or Village/State or Country

Sex/Gender **M**    (Optional)

### Bride/Groom/Spouse

Name **Yaneth Franco**    **Taveras-Dolores**

First    Premarriage Middle    Premarriage Surname      Birth Surname (if different from premarriage surname)

[X] Check box if same as premarriage middle and surname.

New Middle and/or Surname (if applicable)

Residing at **Westbury, New York**

Date of Birth **Oct 17, 1995**    Place of Birth **East Meadow, New York**

Month   Day   Year     City, Town or Village/State or Country

Sex/Gender **F**    (Optional)

Date of Marriage **Oct 28, 2023**    Place of Marriage **Westbury**      NEW YORK

Month   Day   Year     City, Town or Village

**(SEAL)**    Town or City Clerk ▶ *Kate Murray*    **November 13, 2023**

Month   Day   Year

[X] If checked, this marriage was a second or subsequent ceremony.

Do not accept this transcript unless the raised seal of the issuing locality is affixed thereon.

**Any Alteration Invalidates This Certificate**

**See Reverse Side For A List of Security Features Used In This Form**

DOH-130 (01/2023)

**SEE REVERSE SIDE FOR LIST OF SECURITY FEATURES**

### CERTIFIED TRANSCRIPT OF BIRTH



\* L 3 1 1 0 5 8 3 \*

# STATE OF NEW YORK

## DEPARTMENT OF HEALTH

FULL NAME OF CHILD:          YANETH   TAVERAS-DOLORES

SEX:          FEMALE

DATE OF BIRTH:          OCTOBER 17, 1995

TIME OF BIRTH:     05:08   X[  ] A.M.   [  ] P.M.

PLACE OF BIRTH:     NASSAU  COUNTY  MEDICAL  CENTER
EAST MEADOW              , NEW YORK

MAIDEN NAME OF MOTHER:          ANGELINA   DOLORES GENARO

NAME OF FATHER:          PERFECTO   TAVERAS GALINDO

DATE FILED:          NOVEMBER 3, 1995

LOCAL REGISTRATION NO.:          3467

This is to certify that the information concerning the birth of the above named person is a true and accurate transcription of the information recorded on the original local certificate of birth on file with the local registrar of _____THE TOWN OF HEMPSTEAD_____, New York.
Name of Locality

_____
Signature of Local Registrar

Date     March 12, 2008

Do not accept this transcript unless the raised seal of the issuing locality is affixed thereon.

**Any Alteration Invalidates This Certificate**
**See Reverse Side For A List of Security Features Used In This Form**

DOH-2673 (9/2002)

VALID DOCUMENT CONTAINS WATERMARK OF STATE SEAL ON BACK - HOLD UP TO LIGHT TO VALIDATE

| Recorded District 2950 | New York State Department of Health **CERTIFICATE OF LIVE BIRTH** | State File Number 131-2022-00029508 |
|---|---|---|
| Register Number 00893 | | |

**INFANT**

| 1A. Name First: Samuel | Middle: Aiden | Last: Franco |
|---|---|---|

| 2A. Date of Birth: April 18, 2022 | 2B. Hour: 8:50 PM | 3. Sex: Male | 4A. Birth is: Single | 4B. If Not Single, Birth is: |
|---|---|---|---|---|

| 5. Place of Birth: Hospital | 6A. Facility Name: (Address, if Place of Birth is Other than Hospital / Birthing Center) Nassau University Medical Center |
|---|---|

| 6B. Locality of Birth: Town of Hempstead | 6C. County of Birth: Nassau |
|---|---|

**MOTHER**

| 7A-1. Name First: Yaneth | Middle: | Current Last Name: Franco |
|---|---|---|

| 7A-2. Last Name on Birth Certificate: Taveras Dolores | 7B. Date of Birth: 10/17/1995 | 7C. City & State of Birth: (Country, if not U.S.A.) East Meadow, New York |
|---|---|---|

| 8A. Residence, State: (Country, if not U.S.A.) New York | 8B. County: (Terr. or Prov., if not U.S.A.) Nassau |
|---|---|

| 8C. Locality: Village of Westbury | 8D. Inside City/Village Limit? Yes |
|---|---|

| 8E. Street and Number of Residence: 716 Prospect Ave | Apt./Unit B | 8F. Zip Code: 11590 |
|---|---|---|

| 8G. Mailing Address: 716 Prospect Ave., Westbury, NY | Apt./Unit B | 8H. Zip Code: 11590 |
|---|---|---|

**FATHER**

| 9A-1. Name First: Francisco | Middle: | Current Last Name: Franco Sanchez |
|---|---|---|

| 9A-2. Last Name on Birth Certificate: Franco Sanchez | 9B. Date of Birth: 10/04/1992 | 9C. City & State of Birth: (Country, if not U.S.A.) Guerrero, Mexico |
|---|---|---|

**ATTENDANT**

| 10A. I certify that the stated information concerning this child is true to the best of my knowledge and belief. Signature ▶ | 10B. Date Signed: Month 04 Day 22 Year 2022 |
|---|---|

| 10C. Name of Certifier if Not Attendant: SCOTT STANISLAWSKI | Title: MD | 10D-1. NYS License Number (Certifier): 259373 |
|---|---|---|

| 10E. Attendant's Name: RIOS-DORIA RAUL EDGAR | Title: M.D. | 10E-1. NYS License Number (Attendant): 199274 |
|---|---|---|

**CM**

| 11A. Registrar Name: KATHLEEN P. MURRAY | | |
|---|---|---|
| 11B. Signature of the Registrar ▶ | 11C. Date Filed: | Month 04 Day 26 Year 2022 |

| 12. Information Added or Corrected: Item No. | Date of Correction | Authorization | Original Information |
|---|---|---|---|

DOH-1963E (09/2009)

| Recorded District 2950 | New York State Department of Health | State File Number |
|---|---|---|
| Register Number 1251 | # CERTIFICATE OF LIVE BIRTH | 131-2014-00042828 |

**INFANT**

| 1A. Name: First | Middle | Last |
|---|---|---|
| Francisco | Angel | Franco Taveras |

| 2A. Date of Birth | 2B. Hour | 3. Sex | 4A. Birth Is | 4B. If Not Single, Birth Is |
|---|---|---|---|---|
| May 24, 2014 | 8:10 AM | Male | Single | |

| 5. Place of Birth | 5A. Facility Name: (Address, if none) (Birth Is Other than Hospital / Birthing Center) |
|---|---|
| Hospital | Nassau University Medical Center |

| 5B. Locality of Birth | 5C. County of Birth |
|---|---|
| Town of Hempstead | Nassau |

**MOTHER**

| 7A-1. Name: First | Middle | Current Last Name |
|---|---|---|
| Yaneth | | Taveras Dolores |

| 7A-2. Last Name on Birth Certificate | 7B. Date of Birth | 7C. City & State of Birth (Country, if not U.S.A.) |
|---|---|---|
| Taveras Dolores | 10/17/1995 | East Meadow, New York |

| 8A. Residence State: (Country, if not U.S.A.) | 8B. County: (Terr. or Prov., if not U.S.A.) |
|---|---|
| New York | Nassau |

| 8C. Locality | 8D. Inside City/Village Limit? |
|---|---|
| Village of Westbury | Yes |

| 8E. Street and Number of Residence | | 8F. Zip Code |
|---|---|---|
| 716 Prospect Ave | Apt./Unit B | 11590 |

| 8G. Mailing Address | | 8H. Zip Code |
|---|---|---|
| 716 Prospect Ave, Westbury, NY | Apt./Unit B | 11590 |

**FATHER**

| 9A-1. Name: First | Middle | Current Last Name |
|---|---|---|
| Francisco | | Franco Sanchez |

| 9A-2. Last Name on Birth Certificate | 9B. Date of Birth | 9C. City & State of Birth: (Country, if not U.S.A.) |
|---|---|---|
| Franco Sanchez | 10/04/1992 | Mexico |

**ATTENDANT**

10A. I certify that the stated information concerning this child is true to the best of my knowledge and belief.

| Signature ▶ [signature] | | 10B. Date Signed: Month 05 Day 28 Year 2014 |
|---|---|---|

| 10C. Name of Certifier, If Not Attendant: Peter Hong | Title: M.D. | 10D-1. NYS License Number (Certifier): 141979 |
|---|---|---|

| 10E. Attendant's Name: E. Hackett | Title: M.D. | 10E-1. NYS License Number (Attendant): 259373 |
|---|---|---|

| 11A. Registrar Name: NASRIN AHMAD | | |
|---|---|---|
| 11B. Signature of the Registrar ▶ [signature] | | 11C. Date Filed: Month 6 Day 4 Year 2014 |

SLP

12. Information Added or Corrected:
Item No.    Date of Correction    Authorization    Original Information

DOH-1963E (05/2009)

Recorded District
2950

Register Number
2153

**New York State Department of Health**

# CERTIFICATE OF LIVE BIRTH

State File Number

131-2016-00073484

## INFANT

| 1A. Name: First | Middle | Last |
|---|---|---|
| Athena | Hizel | Franco |

| 2A. Date of Birth: | 2B. Hour: | 3. Sex | 4A. Born Is | 4B. If Not Single, Birth Is |
|---|---|---|---|---|
| August 30, 2016 | 5:42 AM | Female | Single | |

5. Place of Birth:
Hospital

6A. Facility Name: (Address, If Place of Birth Is Other than Hospital / Birthing Center)
Nassau University Medical Center

6B. Locality of Birth:
Town of Hempstead

6C. County of Birth:
Nassau

## MOTHER

| 7A-1 Name: First | Middle | Current Last Name |
|---|---|---|
| Yaneth | | Franco |

| 7A-2. Last Name on Birth Certificate: | 7B. Date of Birth: | 7C. City & State of Birth: (Country, if not U.S.A.) |
|---|---|---|
| Taveras Dolores | 10/17/1995 | East Meadow, New York |

8A. Residence, State: (Country, if not U.S.A.)
New York

8B. County: (Terr. or Prov., if not U.S.A.)
Nassau

8C. Locality:
Village of Westbury

8D. Inside City/Village Limit?
Yes

8E. Street and Number of Residence:
716 Prospect Ave

8F. Zip Code:
11590

8G. Mailing Address:
716 Prospect Ave   Westbury, NY

8H. Zip Code:
11590

## FATHER

| 9A-1 Name: First | Middle | Current Last Name |
|---|---|---|
| Francisco | | Franco Sanchez |

| 9A-2. Last Name on Birth Certificate: | 9B. Date of Birth: | 9C. City & State of Birth: (Country, if not U.S.A.) |
|---|---|---|
| Franco Sanchez | 10/04/1992 | Mexico |

## ATTENDANT

10A. I certify that the stated information concerning this child is true to the best of my knowledge and belief.

Signature ▶ *Santana Mo*

| 10B. Date Signed | Month | Day | Year |
|---|---|---|---|
| | 09 | 01 | 2016 |

10C. Name of Certifier, If Not Attendant:
Elsie Santana-Fox

Title:
M.D.

10D-1. NYS License Number: (Certifier)
153625

10E. Attendant's Name:
Svetlana Chirokikh

Title:
D.O.

10F-1. NYS License Number: (Attendant)
259373

11A. Registrar Name:
NASRIN AHMAD

11B. Signature of the Registrar:
▶ *Nasrin Ahmad*

| 11C. Date Filed: | Month | Day | Year |
|---|---|---|---|
| | 9 | 2 | 2016 |

SLP

## *

12. Information Added or Corrected:
Item No.    Date of Correction    Authorization    Original Information

DOH-1953E (09/2009)

**EXHIBIT B**



# THE UNITED STATES OF AMERICA

## I-797 | NOTICE OF ACTION | DEPARTMENT OF HOMELAND SECURITY
U.S. CITIZENSHIP AND IMMIGRATION SERVICES

| Receipt Number | | Case Type |
|---|---|---|
| IOE0920265604 | | I130 - PETITION FOR ALIEN RELATIVE |
| Received Date | Priority Date | Petitioner |
| 04/14/2023 | 04/14/2023 | FRANCO, YANETH |
| Notice Date | Page | Beneficiary  A087 763 705 |
| 10/03/2024 | 1 of 1 | FRANCO SANCHEZ, FRANCISCO |

FRANCO, YANETH
c/o HECHT, LEONARD H
THOMAS T HECHT PC
729 SEVENTH AVENUE FLR. 14
NEW YORK  NY  10019

**Notice Type:** Approval Notice
Section: Husband or wife of U.S Citizen, 201(b)
INA

The above petition has been approved. As the petitioner requests, we have sent the petition to the U.S. Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909. The NVC processes all approved immigrant visa petitions that need consular action, including the collection of necessary forms and documents. It also determines which consular post is appropriate to complete visa processing. The NVC will then transfer the approved petition to the consular post once processing has been completed and an interview has been scheduled at the Embassy or Consulate.

The NVC will contact the beneficiary of this petition with further information about immigrant visa processing steps.

You should allow a minimum of 45 days for U.S. Department of State processing before contacting the NVC. If you have not received any correspondence from NVC within 45 days, you may contact the NVC at https://nvc.state.gov/inquiry.

For more information about NVC processing, please visit https://nvc.state.gov.

**THIS NOTICE IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.**

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

**NOTICE:** Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

Nebraska Service Center
U.S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 82521
Lincoln NE 68501-2521



USCIS Contact Center: www.uscis.gov/contactcenter

FORM I-797 [REV. 08/01/16]

# ADDITIONAL INFORMATION FOR APPLICANT/PETITIONER

Please save this Form I-797, Notice of Action (approval notice) for your records. Please note that simply filing an application, petition or request, or having an approved petition does not give the person it was filed for (also known as the beneficiary) permission to legally enter the United States. It also does not grant any legal immigration status.

**Include a copy of this notice if you:**

• Write to USCIS or a U.S. Consulate about your case or

• File another application or petition with USCIS based on this decision.

USCIS will notify you separately about any other applications or petitions you have filed.

**Inquiries**

If you have questions about your application or petition, you may:

• Go to https://egov.uscis.gov/casestatus to check your case status online.

• Call the National Customer Service Center at 1-800-375-5283.

• Telecommunications Device for the Deaf (TDD): 1-800-767-1833.

• Send us a letter and include a copy of this notice.

• Schedule an appointment at a local USCIS office using InfoPass at https://infopass.uscis.gov.

If you filed Form I-907, Request for Premium Processing Service, and you have any questions about your application or petition, please follow the instructions for contacting the Premium Processing Unit printed on the receipt notice we mailed you.

## APPROVAL OF A NONIMMIGRANT PETITION

If we approved a nonimmigrant petition, it means that the beneficiary is eligible for the requested nonimmigrant classification. If this notice says that we are notifying a U.S. Consulate about the approval for the purpose of issuing a visa, contact the appropriate U.S. Consulate directly if you or the beneficiary has questions about the process.

## APPROVAL OF AN IMMIGRANT PETITION

An approved immigrant petition does not grant any legal immigration status or guarantee that the beneficiary will receive a visa or an adjustment of status. The approved petition means the beneficiary can:

• Apply for an immigrant or fiancé(e) visa if he or she is outside the United States, or

• Apply for adjustment of status as a permanent resident if he or she is already in the United States.

If this notice states we approved your immigrant petition and forwarded it to the National Visa Center (NVC), the NVC will directly contact the beneficiary with information about how to apply for a visa. If any changes occur that could affect visa eligibility, visit the NVC website at http://nvc.state.gov/ask to find contact information and a public inquiry form.

For more information about obtaining Lawful Permanent Residence status and a Green Card, visit our website at www.uscis.gov.