UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANCISCO FRANCO<br><br>*Petitioners,*<br><br>v.<br><br>TODD M. LYONS, *et al.*,<br>*Respondents.* | Civil Action No. 26-cv-320 (DEH)<br><br>DECLARATION OF DEPORTATION OFFICER<br>MICHAEL DAMIANO |

Pursuant to 28 U.S.C. § 1746, I, Michael Damiano, declare under penalty of perjury that the following is true and correct:

1. I am a Deportation Officer at U.S. Immigration and Customs Enforcement ("ICE") within the U.S. Department of Homeland Security ("DHS"). In my role as a Deportation Officer, I currently assist teams in the field with targeted enforcement actions and arrests by determining alienage and removability.

2. I have prepared this declaration in connection with a Petition for a Writ of Habeas Corpus filed by the petitioner, Francisco Franco ("Petitioner"). Petitioner, a native and citizen of Mexico, has been assigned the following Alien Number: 087 763 705. The following representations are based on my review of Petitioner's administrative file, consultation with my colleagues, and ICE electronic records and databases.

3. On November 9, 2009, Petitioner was apprehended by United States Border Patrol ("USBP") and was processed for Expedited Removal and removed from the United States to Mexico on November 10, 2009.

4. At a later unknown place and time, Petitioner unlawfully re-entered the United States.

5.    On January 13, 2026, ICE arrested Petitioner on Long Island, New York after officers determined that he was illegally present in the United States. ICE transported him to ICE offices at the Nassau County Correctional Center at 100 Carman Ave, East Meadow, New York for processing.  During processing, ICE reinstated Petitioner's removal order subject to 8 U.S.C. § 1231(a)(5).

6.    After completion of post-arrest processing, Petitioner was booked into the Nassau County Correctional Center later the same day.

7.    On January 16, 2026, Petitioner was transfered to Delaney Hall Detention Facility in New Jersey, where he at the time of writing.

I hereby declare under the penalty of perjury that the above statements are true and correct.

Executed at New York, New York
this 17th day of January 2026.

_____
Michael Damiano
Deportation Officer
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security