UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Francisco Franco,<br><br>                              Petitioner,<br><br>              v.<br><br>Todd M. Lyons, et al.,<br><br>                              Respondents. | 26-CV-320 (DEH)<br><br><u>ORDER</u> |

DALE E. HO, United States District Judge:

Following his arrest by Immigration and Customs Enforcement on January 13, 2026, Francisco Franco ("Petitioner") filed the instant Petition for Writ of Habeas Corpus, seeking his release from custody and a stay of removal from the United States. ECF No. 1. On January 14, 2026, this Court entered an Order directing Respondents to show cause why the Petition should not be granted. ECF No. 4.

Respondents have now moved to transfer this case to the Eastern District of New York. ECF No. 7. Respondents have asserted that Petitioner was arrested in the Eastern District of New York, was processed there, and until January 16, 2026 was detained at Nassau County Correctional Center. ECF No. 9 ¶¶ 5-7. At the time the Petition was filed on January 14, Petitioner was located in the Eastern District of New York. Petitioner does not contest this assertion. ECF No. 10. Accordingly, for the reasons stated in Respondents' submission, this case must be transferred to the Eastern District of New York. ECF No. 8 at 3-6; *Khalil v. Joyce*, 771 F. Supp. 3d 268, 280-86 (S.D.N.Y. 2025).

All conferences and deadlines are **CANCELLED**. The Court **GRANTS** Respondents' Motion to Transfer the case to the Eastern District of New York.

This Court's Initial Scheduling Order prohibited removal of Petitioner from the United States, or transfer of the Petitioner outside of the Eastern District of New York, the Southern District of New York, or the District of New Jersey. *See* ECF No. 4. That directive remains in effect unless and until the transferee court orders otherwise.

The Clerk of Court is respectfully directed to terminate ECF No. 7 and to transfer this case to the Eastern District of New York.

SO ORDERED.

Dated: January 20, 2026
　　　　New York, New York

 

_____
　　　　　DALE E. HO
　　　United States District Judge

2