UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FRANCISCO FRANCO

    *Petitioner,*

  v.

LYONS, *et al.*,
     *Respondents.*

Civil Action 26-cv-00508

DECLARATION OF ACTING SUPERVISORY
DETENTION AND DEPORTATION OFFICER
MICHAEL DAMIANO

Pursuant to 28 U.S.C. § 1746, I, Michael Damiano, declare under penalty of perjury that the following is true and correct:

  1.  I am an Acting Supervisory Detention and Deportation Officer at U.S. Immigration and Customs Enforcement ("ICE") within the U.S. Department of Homeland Security ("DHS").

  2.  I have prepared this declaration in connection with a Petition for a Writ of Habeas Corpus filed by the petitioner, Francisco Franco ("Petitioner"). Petitioner, a native and citizen of Mexico, has been assigned the following Alien Number: 087 763 705.  The following representations are based on my review of Petitioner's administrative file, consultation with my colleagues, and ICE electronic records and databases.

  3.  Petitioner entered the United States on November 09, 2009, after crossing illegally in Arizona through the southern border. On that day he was encountered by U.S. Customs and Border Protection ("CBP"). He was placed in expedited removal proceedings, pursuant to INA § 235(b)(1)(A)(iii), 8 U.S.C. § 1225(b)(1)(A)(iii). He was removed on November 10, 2009. *See* Exh. A I-213 (11/9/2009)

  4.  Petitioner was encountered for again on December 2, 2009, after crossing illegally through the southern border. He was placed in expedited removal proceedings,

pursuant to INA § 235(b)(1)(A)(iii), 8 U.S.C. § 1225(b)(1)(A)(iii). He was removed on December 3, 2009. *See* Exh. B I-213 (12/3/2009)

5.      On February 9, 2016, Petitioner was arrested for Driving While Intoxicated in violation of New York State Vehicle and Traffic Law ("VTL") 1192.3 and Operating a Motor Vehicle with .08 of 1% or More Blood Alcohol VTL 1192.2. *See* Exh. C- RAP Sheet.

6.      On April 21, 2017, he was convicted of Driving While Ability Impaired by the Consumption of Alcohol in violation of VTL 1192.1. He was sentenced to a conditional discharge, community service, and an alcohol abuse program. *See* Exh. C RAP Sheet.

7.      According to the ENFORCE and Removal Module ("EARM") database, ICE has no record , from December 4, 2009, until January 13, 2026, of Petitioner being in ICE custody.

8.      On January 13, 2026, ICE and Customs and Border Protection officers encountered Petitioner on the street during a consensual encounter. Petitioner was asked for his identification, to which he provided aMexican Consular Identification card a/k/a a "cedula". Record checks were conducted in the field, and it was determined that Petitioner was in the United States illegally. He was then taken into ICE custody pursuant to an I-205 Warrant of Removal / Deportation. *See* Exh. D

9.      Based on review of the EARM database, on January 13, 2026, Petitioner was transported to the Nassau County ICE Intake Center, where he was processed and detained pursuant to 8 U.S.C. § 1231(a)(1)(A). He was provided with Form I871, Notice of Intent/Decision to Reinstate Prior Order. *See* Exh E, Form I871

10.     Following processing on January 13, 2026, Petitioner was placed in Nassau County Correctional Center at approximately 8:30 p.m. He was detained at Nassau County Correctional Center until January 16, 2026.

11.     On January 16, 2026, Petitioner was transferred to Delaney Hall Detention Facility in Newark, New Jersey. He was booked into the facility at approximately 11:30 p.m.

12.     On January 29, 2026, Petitioner was transferred to Metropolitan Detention Center ("MDC") in Brooklyn, New York and was booked into that facility at 5:00 p.m. Petitioner remains detained at MDC.

13.     ICE is aware of the order entered by the Honorable Dale Ho, of the Southern District of New York, enjoining petitioner's transfer from the Eastern District of New York, Southern District of New York, or District of New Jersey, and entering a stay of his removal from the United States, ICE has not scheduled Petitioner for any flights to effectuate his removal

I hereby declare under the penalty of perjury that the above statements are true and correct.

Executed at New York, New York
this  day of January 2026.

MICHAEL F DAMIANO
Digitally signed by MICHAEL F DAMIANO
DN: cn=MICHAEL F DAMIANO, o=U.S. Government, ou=People, email=Michael.F.Damiano@ice.dhs.gov, c=US
Date: 2026-01-30T11:23:53-05:00

_____
Michael Damiano
Acting Supervisory Detention and Deportation Officer
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security