A

U.S. Department of Homeland Security    Subject ID ▮▮▮▮▮▮    **Record of Deportable/Inadmissible Alien**

| Family Name (CAPS) FRANCO-SANCHEZ, FRANCISCO | First | Middle | Sex M | Hair BLK | Eyes BLK | Cmplxn MED |
|---|---|---|---|---|---|---|

| Country of Citizenship MEXICO | Passport Number and Country of Issue | File Number ▮▮▮▮ | Height 64 | Weight 165 | Occupation LABORER | |

| U.S. Address FAILED TO PROVIDE US ADDRESS | | Scars and Marks NONE VISIBLE |
|---|---|---|

| Date, Place, Time, and Manner of Last Entry 11/08/2009, 2200, 20 mile(s) E of NOG, AFOOT | Passenger Boarded at | F.B.I. Number ▮▮▮▮ | ☒ Single  ☐ Divorced  ☐ Married  ☐ Widower  ☐ Separated |
|---|---|---|---|

| Number, Street, City, Province (State) and Country of Permanent Residence DOMICILO CONOCIDO  HEREGATO, GUERRERO, MEXICO | Method of Location/Apprehension PB |
|---|---|

| Date of Birth ▮▮▮▮ Age:19 | Date of Action 11/09/2009 | Location Code TCA/NGL | At/Near Nogales, AZ | Date/Hour 11/09/2009 0330 |
|---|---|---|---|---|

| City, Province (State) and Country of Birth HEREGATO, GUERRERO, MEXICO | AR ☒ | Form : (Type and No.) Lifted ☐ Not Lifted ☐ | By TODD B. BLATNICK | |
|---|---|---|---|---|

| NIV Issuing Post and NIV Number | Social Security Account Name | Status at Entry PWA Mexico | Status When Found TRAVEL/ SEEKING |
|---|---|---|---|

| Date Visa Issued | Social Security Number | Length of Time Illegally in U.S. AT ENTRY |
|---|---|---|

| Immigration Record NEGATIVE | Criminal Record |
|---|---|

| Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate) | Number and Nationality of Minor Children NONE CLAIMED |
|---|---|

| Father's Name, Nationality, and Address, if Known See Narrative | Mother's Present and Maiden Names, Nationality, and Address, if Known See Narrative |
|---|---|

| Monies Due/Property in U.S. Not in Immediate Possession None Claimed | Fingerprinted? ☒ Yes ☐ No | Systems Checks | Charge Code Words(s) I7A1 |
|---|---|---|---|

| Name and Address of (Last)(Current) U.S. Employer | Type of Employment | Salary Hr | Employed from/to |
|---|---|---|---|

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FINS #: ▮▮▮▮

Left Index Print                    Right Index Print

```
ARREST COORDINATES:
--------------------
Latitude:   31.38048
Longitude:  -110.82643

FATHER NAME AND ADDRESS:
-------------------------
Nationality:MEXICO OBDULE
DOMICILO CONOCIDO
```

MIGUEL RENTERIA JR
BORDER PATROL AGENT

| Alien has been advised of communication privileges | ℞ 11/9/2009 (Date/Initials) | (Signature and Title of Immigration Officer) |
|---|---|---|

| Distribution Orig. to the file cc: CPA TCA CC: TUS Stats | Received: (Subject and Documents) (Report of Interview) Officer: MIGUEL RENTERIA JR on: November 09, 2009 at 1545 (time) Disposition: Expedited Removal (I-860) Examining Officer: VICENTE JIMENEZ |
|---|---|

Form I-213 (Rev. 08/01/07) Y

U.S. Department of Homeland Security                    Continuation Page for Form ___I213___

| Alien's Name | File Number | Date |
|---|---|---|
| FRANCO-SANCHEZ, FRANCISCO | ██████████████ | 11/09/2009 |

HEREGATO, GUERRERO, MEXICO

MOTHER NAME AND ADDRESS:
-------------------------
Nationality:MEXICO MARGARITA
DOMICILO CONOCIDO
HEREGATO, GUERRERO, MEXICO

FUNDS IN POSSESSION:
--------------------
Mexican Peso 20.00

NARRATIVE:
----------
IMMIGRATION HISTORY:
See the I-326 prosecution report.

CRIMINAL HISTORY:
See the I-326 prosecution report.

ENCOUNTER:
A Border Patrol Agent encountered this subject in the District of Arizona.  A Border
Patrol Agent determined this subject had unlawfully entered the United States of America
from the United States of Mexico, at a time and place other than as designated by
immigration officers of the United States of America.  After determining that this subject
was an alien who illegally entered the United States, the subject was arrested and
transported to the Tucson Sector Coordination Center for further processing using the e3/
IDENT and IAFIS systems.

CRIMINAL VIOLATION:
Subsequent to the subject's arrest they were asked basic questions related to their status
in the United States. The subject stated they were a citizen and national of Mexico
without the necessary legal documents to enter, pass through, or remain in the United
States. The subject also admitted to illegally crossing the international boundary without
being inspected by an immigration officer at a designated Port of Entry. At the Tucson
Sector Coordination Center, the subject was identified as being amenable to criminal
prosecution for violation of 8 USC 1325 and or 8 USC 1326. The subject was informed to
disregard any previous administrative rights that they were administered.  The subject was
advised of their Miranda rights and it was explained that these rights pertained to
criminal prosecution.  The subject acknowledged understanding these rights and the
differences between administrative and criminal rights.  The subject agreed to answer
questions and give a statement.

CONSULAR NOTIFICATION:
The subject was notified of the right to communicate with a consular officer from their

| Signature | Title |
|---|---|
| MIGUEL RENTERIA JR | BORDER PATROL AGENT |

___2___ of ___3___ Pages

Form I-831 Continuation Page (Rev. 08/01/07)

U.S. Department of Homeland Security                                     Continuation Page for Form _____I213_____

| Alien's Name | File Number | Date |
|---|---|---|
| FRANCO-SANCHEZ, FRANCISCO | ███████████ | 11/09/2009 |

country as per Article 36(a)(b) of the Vienna Convention of Consular Relations. The subject acknowledged understanding the right but declined to speak with anyone at this time. The subject further stated they do not fear persecution or torture if returned to their country of citizenship.

DISPOSITION:
The subject is being processed for Expedited Removal with prosecution as Section 235(b)(1 (A)(iii) of the INA. Service Form I-867 A/B was read and explained to the subject. The subject acknowledged understanding and was willing to answer questions. The subject was apprehended within fourteen days of last illegally entering the United States and within 100 air miles from the United States / Mexico international boundary.

| Signature | Title |
|---|---|
| MIGUEL RENTERIA JR | BORDER PATROL AGENT |

_____3_____ of _____3_____ Pages

Form I-831 Continuation Page (Rev. 08/01/07)

B

**U.S. Department of Homeland Security**   Subject ID: ███████   **Record of Deportable/Inadmissible Alien**

| Family Name (CAPS) | First | Middle | Sex | Hair | Eyes | Cmplxn |
|---|---|---|---|---|---|---|
| FRANCO-SANCHEZ, FRANCISCO | | | M | BLK | BRO | MED |

| Country of Citizenship | Passport Number and Country of Issue | File Number | Height | Weight | Occupation |
|---|---|---|---|---|---|
| MEXICO | | ████████ | 65 | 140 | LABORER |

| U.S. Address | Scars and Marks |
|---|---|
| FAILED TO PROVIDE U.S. ADDRESS | NONE VISIBLE |

| Date, Place, Time, and Manner of Last Entry | Passenger Boarded at | F.B.I. Number | |
|---|---|---|---|
| 12/02/2009, 1600, 8 mile(s) W of DOU, PWA(AFOOT) | | ████████ | ☒ Single  ☐ Divorced  ☐ Married  ☐ Widower  ☐ Separated |

| Number, Street, City, Province (State) and Country of Permanent Residence | Method of Location/Apprehension |
|---|---|
| DOMICILIO CONOCIDO  XOCHIL, GUERRERO, MEXICO | PB |

| Date of Birth | | Date of Action | Location Code | At/Near | Date/Hour |
|---|---|---|---|---|---|
| ████████  Age:19 | | 12/03/2009 | TCA/DGL | DOUGLAS, AZ | 12/02/2009 2230 |

| City, Province (State) and Country of Birth | AR ☒ | Form: (Type and No.) Lifted ☐ Not Lifted ☐ | By |
|---|---|---|---|
| XOCHIL, GUERRERO, MEXICO | | | RICHARD VASQUEZ |

| NIV Issuing Post and NIV Number | Social Security Account Name | Status at Entry | Status When Found |
|---|---|---|---|
| | | PWA Mexico | TRAVEL/ SEEKING |

| Date Visa Issued | Social Security Number | Length of Time Illegally in U.S. |
|---|---|---|
| | | AT ENTRY |

| Immigration Record | Criminal Record |
|---|---|
| NEGATIVE | |

| Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate) | Number and Nationality of Minor Children |
|---|---|
| | NONE |

| Father's Name, Nationality, and Address, if Known | Mother's Present and Maiden Names, Nationality, and Address, if Known |
|---|---|
| See Narrative | See Narrative |

| Monies Due/Property in U.S. Not in Immediate Possession | Fingerprinted? ☒ Yes ☐ No | Systems Checks | Charge Code Words(s) |
|---|---|---|---|
| None Claimed | | See Narrative | I7A1 |

| Name and Address of (Last)(Current) U.S. Employer | Type of Employment | Salary | Employed from/to |
|---|---|---|---|
| | | Hr | |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FINS #: ████████

Left Index Print                Right Index Print

```
ARREST COORDINATES:
--------------------
Latitude:   31.3677
Longitude: -109.6618

FATHER NAME AND ADDRESS:
--------------------------
Nationality:MEXICO FRANCO, MARGARITO
DOMICILIO CONOCIDO
```

| Alien has been advised of communication privileges | 12/03/09 J.M.A. (Date/Initials) | | JOSE ARRIZON  BORDER PATROL AGENT  (Signature and Title of Immigration Officer) |
|---|---|---|---|

| Distribution: | Received: (Subject and Documents) (Report of Interview) |
|---|---|
| TO FILE  TCA/CPA  DGL/PAIC | Officer: JOSE ARRIZON  on: December 03, 2009 at 2329 (time)  Disposition: Expedited Removal (I-860)  Examining Officer: EFRAIN CORCHADO |

Form I-213 (Rev. 08/01/07) Y

U.S. Department of Homeland Security                    Continuation Page for Form ____I213____

| Alien's Name<br>FRANCO-SANCHEZ, FRANCISCO | File Number | Date<br>12/03/2009 |
|---|---|---|

XOCHIL, GUERRERO, MEXICO

MOTHER NAME AND ADDRESS:
-------------------------
Nationality:MEXICO SANCHEZ, OGDULIA
DOMICILIO CONOCIDO
XOCHIL, GUERRERO, MEXICO

RECORDS CHECKED:
----------------
CIS Negative
EARM Positive
IAFIS Positive
NCIC Positive
TECS Negative

NARRATIVE:
----------
I-77 # █████

IMMIGRATION HISTORY:
See Immigration records.  Subject has A # ████████

CRIMINAL HISTORY:
See Criminal records.  Subject has FBI # ████████

ENCOUNTER:
A Border Patrol Agent encountered this subject in the District of Arizona.  A Border
Patrol Agent determined this subject had unlawfully entered the United States of America
from Mexico, at a time and place other than as designated by Immigration Officers of the
United States of America.

After determining that this subject was an alien whom illegally entered the United States,
the subject was arrested and transported to the Douglas Border Patrol Station for further
processing using the E3/IDENT and IAFIS Systems.

IMMIGRATION VIOLATION:
At the Douglas Border Patrol Station the subject again stated that he was a citizen and
national of Mexico without the necessary legal documents to enter, pass through, or remain
in the United States.  The subject also admitted to illegally crossing the International
Boundary without being inspected by an Immigration Officer at a designated Port of Entry.

CONSULAR NOTIFICATION:
The subject was notified of his right to communicate with a Consular Officer from his
country as per Article 36(1) (b) of the Vienna convention on Consular Relations.  The

| Signature<br>JOSE ARRIZON | Title<br>BORDER PATROL AGENT |
|---|---|

____2____ of ____3____ Pages

Form I-831 Continuation Page (Rev. 08/01/07)

U.S. Department of Homeland Security                    **Continuation Page for Form** _____I213_____

| Alien's Name<br>FRANCO-SANCHEZ, FRANCISCO | File Number | Date<br>12/03/2009 |
|---|---|---|

subject indicated he understood his right but declined to speak with anyone at this time. He further stated that he does not fear persecution or torture if returned to his country of citizenship.

DISPOSITION:
The subject is being processed for Expedited Removal as per Section 212(a)(7)(A)(i)(I) of the INA. Service Form I-867 A/B was read and explained to the subject and he stated that he understood and was willing to answer questions at this time. The subject was apprehended within fourteen days of his last entry into the United States and within 100 air miles from the United States / Mexico International Boundary. Subject will be removed through the Douglas, AZ Port of Entry December 04, 2009.


GRIDS
ENTRY: 6B
APPREHENSION: 24

| Signature          JOSE ARRIZON | Title          BORDER PATROL AGENT |
|---|---|

_____3_____ of _____3_____ Pages

Form I-831 Continuation Page (Rev. 08/01/07)

C

## RAP Sheet Identifying Information

| Names | Aliases | SIDS | FBI Number | COB | COC |
|---|---|---|---|---|---|
| FRANCO-SANCHEZ, FRANCISCO | FRANCO SANCHEZ, FRANCISCO | ██████ ▶ See All | ██████ | Mexico(State Unknown) ▶ See All | Mexico ▶ See All |
| ▶ See All | ▶ See All | | | | |

**Date of Birth**
██████

▶ See All

```
THIS INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR
RECORD REQUEST FOR FBI/██████). INDIVIDUAL'S RECORD WILL BE
COMPLETE WHEN ALL RESPONSES ARE RECEIVED FROM THE FOLLOWING SOURCES:
 FBI            - FBI/██████)
 NEW YORK       - STATE ID/██████/
END
CR.WVFBINF00
12:29 01/29/2026 92241
12:29 01/29/2026 93475 VTICE1991
*WWWX9FCN96
TXT
HDR/2L01WWWX9FCN96
ATN/SMJOLLY
*********************  CRIMINAL HISTORY RECORD  ***********************


**************************  Introduction  **************************


This rap sheet was produced in response to the following request:

FBI Number            ██████)
Request Id            WWWX9FCN96
Purpose Code          C
Attention             SMJOLLY


The information in this rap sheet is subject to the following caveats:

This record is based only on the FBI number in your request-UCN:
██████) Because additions or deletions may be made at any time, a new
copy should be requested when needed for subsequent use.(US;
2026-01-29)


All entries contained in this FBI record are based on fingerprint
comparisons and pertain to the same individual.(US; 2026-01-29)


The use of this record is regulated by law. It is provided for official
use only and may be used only for the purpose requested.(US;
2026-01-29)


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
* FEDERAL DEOXYRIBONUCLEIC ACID (DNA) INDICATOR * * * * DNA NOT IN
CODIS - COLLECT DNA * * * - - - - - - - - - - - - - - - - - - - - - - -
- - - - - - - - - - - - -(US; 2026-01-29)



************************  IDENTIFICATION  ************************

Subject Name(s)
```

FRANCO SANCHEZ, FRANCISCO  (AKA)
FRANCO, FRANCISCO  (AKA)
FRANCOSANCHEZ, FRANCISCO  (AKA)
SANCHEZ, FRANCISCO  (AKA)


Subject Description


FBI Number                    State Id Number
███████████                   ████████████ (NY)

Miscellaneous Numbers
A087763705                                        AR
087763705                                         AR
1094384194                                        FN


Sex                 Race
Male                White


Height              Weight              Date of Birth
5'04"               165                 ███████████████
                                        ██████████████


Hair Color          Eye Color           Fingerprint Pattern
Black               Black               AUAUAUAUAUAUAUAUAULSAU (Other)



Place of Birth      Citizenship
Mexico              Mexico
                    Unknown


Fingerprint Images
(No Fingerprint Image Transmitted
Comment:)
Fingerprint Image Available    FBI-CJIS DIV-CLRKSBG CLARKSBURG WVFBINF00
Capture Date                   2009-11-09
(No Fingerprint Image Transmitted
Comment:BSI: 2000086737585)
Fingerprint Image Available    FBI-CJIS DIV-CLRKSBG CLARKSBURG WVFBINF00
Capture Date                   2009-11-09
(No Fingerprint Image Transmitted
Comment:BSI: 2000086760318)
Fingerprint Image Available    FBI-CJIS DIV-CLRKSBG CLARKSBURG WVFBINF00
Capture Date                   2009-12-02
(No Fingerprint Image Transmitted
Comment:BSI: 2000086751634)
Fingerprint Image Available    FBI-CJIS DIV-CLRKSBG CLARKSBURG WVFBINF00
Capture Date                   2026-01-13
(No Fingerprint Image Transmitted
Comment:BSI: 40633327954)


Photo Images
Photo Image Available          FBI-CJIS DIV-CLRKSBG CLARKSBURG WVFBINF00
Available Image                Other
Capture Date                   2009-11-09
(No Photo Image Transmitted
Comment:BSI: 40018870857)
Photo Image Available          CBP-OBP SECTOR HQS AZCBP1600
Available Image                Other
Capture Date                   2009-11-09
(No Photo Image Transmitted

```
                    Submit Arrest Document this Photo
Photo Image Available                   FBI-CJIS DIV-CLRKSBG CLARKSBURG WVFBINF00
Available Image                         Other
Capture Date                            2026-01-13
(No Photo Image Transmitted
Comment:BSI: ▓▓▓▓▓▓▓▓▓8)


        *************************  CRIMINAL HISTORY  *************************


        ============================== Cycle 001 ==============================
Earliest Event Date     2009-11-09
        ----------------------------------------------------------------------
Arrest Date             2009-11-09
Arrest Case Number      ▓▓▓▓▓▓▓▓5
Arresting Agency        AZCBP0200 CBP-SECTOR HQ SEC TUCSON
Charge                  1
        Charge Literal  ALIEN INADMISSIBILITY UNDER SECTION 212
                Severity Unknown
Charge                  2
        Charge Literal  ENTRY OF ALIEN AT IMPROPER TIME OR PLACE MISREP
                Severity Unknown
Charge                  3
        Charge Literal  ENTRY OF ALIEN AT IMPROPER TIME OR PLACE MISREP
                Severity Unknown
        ----------------------------------------------------------------------
Court Disposition       (Cycle 001)
Court Case Number
Court Agency
Charge                  1
        Charge Literal  8 USC 1325 ILLEGAL ENTRY (M)
            Disposition ( CONVICTED, SENTENCED 2 DAYS MPRISONMENT ON
                        11/10/09 US DISTRICT COURT TUCSON AZ)
Charge                  1
        Charge Literal  Unknown
            Disposition ( I-860, I-296 SERVED, SUBJECT PROCESSED FOR
                        EXPEDITED REMOVAL, REMOVED TO MEXICO VIA NOG
                        POE ON 11-10-09)
        ============================== Cycle 002 ==============================
Earliest Event Date     2009-11-09
        ----------------------------------------------------------------------
Arrest Date             2009-11-09
Arrest Case Number      ▓▓▓▓▓▓▓▓▓▓▓▓
Arresting Agency        AZCBP1600 CBP-OBP SECTOR HQS TUCSON
Charge                  1
        Charge Literal  20091109 - ALIEN INADMISSIBILITY UNDER SECTION
                        212
                Severity Unknown
Charge                  2
        Charge Literal  20091109 - ENTRY OF ALIEN AT IMPROPER TIME OR
                        PLACE MISREP/CONCEALMENT OF FACTS
                Severity Unknown
Charge                  3
        Charge Literal  8 USC 1325 ILLEGAL ENTRY (M)
                Severity Unknown
        ----------------------------------------------------------------------
Court Disposition       (Cycle 002)
Court Case Number
Court Agency
Charge                  1
        Charge Literal  20091109 - ALIEN INADMISSIBILITY UNDER SECTION
```

Last Request:01/29/2026 19:29 UTC
FBI Number: ▓▓▓▓▓▓▓

```
                         Disposition  ( PENDING)
=============================== Cycle 003 ===============================
Earliest Event Date      2009-12-02
------------------------------------------------------------------------
Arrest Date              2009-12-02
Arrest Case Number       ████████████
Arresting Agency         AZCBP2300 CBP-OBP STATION DOUGLAS
Charge                   1
        Charge Literal   ALIEN INADMISSIBILITY UNDER SECTION 212
              Severity   Unknown
------------------------------------------------------------------------
Court Disposition        (Cycle 003)
Court Case Number
Court Agency
Charge                   1
        Charge Literal   REM PROC
              Disposition  ( SUBJECT WILL BE REMOVED ON 12/4/09 THROUGH
                           DOUGLAS, AZ PORT OF ENTRY)
=============================== Cycle 004 ===============================
Earliest Event Date      2026-01-13
------------------------------------------------------------------------
Arrest Date              2026-01-13
Arrest Case Number       ████████████
Arresting Agency         NYICE3000 ICE ERO CENTRAL ISLIP
Subject's Name           FRANCO SANCHEZ,FRANCISCO
                         SANCHEZ,FRANCISCO
                         FRANCO,FRANCISCO
Charge                   1
        Charge Literal   212A9AII ALIEN PREVIOUSLY REMOVED TWO OR MORE
                         TIMES, NOT AS AN ARRIVING ALIEN, NOT AGGRAVATED
                         FELONS
              Severity   Unknown
************************  INDEX OF AGENCIES  ************************

Agency                   CBP-SECTOR HQ SEC; AZCBP0200;
Agency Telephone         ████████████
Agency Email Address
Address
                         2430 S SWAN RD
                         TUCSON, AZ 85711


------------------------------------------------------------------------
Agency                   CBP-OBP SECTOR HQS; AZCBP1600;
Agency Telephone         ████████████
Agency Email Address
Address
                         2430 S SWAN RD
                         TUCSON, AZ 85711


------------------------------------------------------------------------
Agency                   CBP-OBP STATION; AZCBP2300;
Agency Telephone         ████████████
Agency Email Address
Address
                         1608 S KINGS HWY
                         DOUGLAS, AZ 85604


------------------------------------------------------------------------
Agency                   ICE ERO; NYICE3000;
Agency Telephone         ████████████
```

Notify Email Address
Address

```
                                535 FEDERAL PL
                                CENTRAL ISLIP, NY 117224421


        * * * END OF RECORD * * *
CR.NYIII0000
12:29 01/29/2026 39046
12:29 01/29/2026 93483 VTICE1991
*WWWX9FCN96
TXT
HDR/2L01WWWX9FCN96
ATN/SMJOLLY
*********************** CRIMINAL HISTORY RECORD  ***********************


**************************** Introduction ****************************


This rap sheet was produced in response to the following request:

FBI Number              ████████████
State Id Number         ███████████ ()
Request Id              WWWX9FCN96
Purpose Code            C
Attention               SMJOLLY


The information in this rap sheet is subject to the following caveats:


Multi-Source - Subject has information maintained by other states or in
multiple NYS files maintained by the FBI available through the
Interstate Identification Index. Refer to FBI Number:

Sentencing - Where an individual is sentenced June 1, 1981 or later on
more than one charge within a docket, the sentence may be considered to
be concurrent unless identified as consecutive.


*************************** IDENTIFICATION ***************************


Subject Name(s)

FRANCO-SANCHEZ, FRANCISCO


Subject Description

                            State Id Number

                            ████████████



Sex                                         Skin Tone
Male                                        Medium


Height              Weight                  Date of Birth
5'05"               145                     ████████████


Hair Color          Eye Color
Brown               Brown



Place of Birth                              Ethnicity
Mexico(State Unknown)                       Hispanic Or Latino
```

Residence
Residence as of

████████████████████

************************* CRIMINAL HISTORY *************************

================================ Cycle 001 ===============================
Tracking Number          ████████████
Earliest Event Date      2016-02-09 Incident Date        2016-02-09
----------------------------------------------------------------------
Arrest Date              2016-02-09
Arresting Agency         NY0290000 Nassau County Police Department
Subject's Name           FRANCO-SANCHEZ, FRANCISCO
        Offender Id Number   ████████████████
Comment(s)               Court of Arraignment : NY029013J NASSAU COUNTY
                         1ST DISTRICT COURT
Charge Tracking Number   ████████████
             Statute     Driving While Intoxicated- 1st Offense (1192
                         SUB 03 )
     NCIC Offense Code    5404
   State Offense Code     VTL 1192 SUB 03
             Counts       1
           Severity       Misdemeanor
    Inchoate Charge       Completed
Charge Tracking Number   ████████████
             Statute     Operate Motor Veh With .08 of 1% Alcohol Or
                         More In Blood- 1st Offense (1192 SUB 02 )
     NCIC Offense Code    5404
   State Offense Code     VTL 1192 SUB 02
             Counts       1
           Severity       Misdemeanor
    Inchoate Charge       Completed
----------------------------------------------------------------------
Court Disposition        (Cycle 001)
Court Case Number        2016NA003210
Final Disposition Date   2017-04-21
Court Agency             NY029013J Nassau County 1st District Court
Charge Tracking Number   ████████████
             Statute     Driving While Ability Impaired By The
                         Consumption of Alcohol (1192 SUB 01 )
   State Offense Code     VTL 1192 SUB 01
             Counts       1
           Severity       Infraction
    Inchoate Charge       Completed
         Disposition     ( 2017-04-21; Convicted Upon Plea Of Guilty)
----------------------------------------------------------------------
Sentencing               (Cycle 001)
Sentence Date            2017-04-21
Court Case Number        2016NA003210
Charge Tracking Number   ████████████
             Statute     Driving While Ability Impaired By The
                         Consumption of Alcohol (1192 SUB 01 )
     NCIC Offense Code    5404
   State Offense Code     VTL 1192 SUB 01
             Counts       1
           Severity       Infraction
    Inchoate Charge       Completed

Last Request:01/29/2026 19:29 UTC
FBI Number: ████████

Sentence                    Conditional dischargeAlcohol Abuse
                            ProgramCommunity Service 50 Hour(s)Fine Amount:
                            $500 Status: Paid in FullLicense Suspended 90
                            Day(s)

************************   INDEX OF AGENCIES   ************************


Agency                      Nassau County Police Department; NY0290000;


----------------------------------------------------------------------
Agency                      Nassau County 1st District Court; NY029013J;



        * * * END OF RECORD * * *

FBI Number: ███████

D

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## WARRANT OF REMOVAL/DEPORTATION

Subject ID:401243357
**File No:** ▇▇▇▇▇▇▇▇▇
Event No: ▇▇▇▇▇▇▇▇
Date: January 13, 2026

**To any immigration officer of the United States Department of Homeland Security:**

FRANCISCO FRANCO SANCHEZ AKA: FRANCO, Francisco ; SANCHEZ, Francisco

(Full name of alien)

who entered the United States at    Unknown                         on Unknown Date

(Place of entry)                              (Date of entry)

is subject to removal/deportation from the United States, based upon a final order by:

- ☐ an immigration judge in exclusion, deportation, or removal proceedings
- ☒ a designated official
- ☐ the Board of Immigration Appeals
- ☐ a United States District or Magistrate Court Judge

and pursuant to the following provisions of the Immigration and Nationality Act:

241(a)(5)

I, the undersigned officer of the United States, by virtue of the power and authority vested in the Secretary of Homeland Security under the laws of the United States and by his or her direction, command you to take into custody and remove from the United States the above-named alien, pursuant to law, at the expense of:

Salaries and Expenses, Department of Homeland Security

KENNETH GENALO
_____
(Signature of immigration officer)

Field Office Director
_____
(Title of immigration officer)

East Meadow, NY
_____
(Date and office location)

ICE Form I-205 (8/07)

Page 1 of 2

Alien No: 087 763 705

To be completed by immigration officer executing the warrant: Name of alien being removed:

FRANCISCO FRANCO SANCHEZ

**Port, date, and manner of removal:** _____

Photograph of alien
removed

Right index fingerprint
of alien removed

_____

(Signature of alien being fingerprinted)

_____

(Signature and title of immigration officer taking print)

Departure witnessed by: _____

(Signature and title of immigration officer)

If actual departure is not witnessed, fully identify source or means of verification of departure:

_____

_____

_____

_____

If self-removal (self-deportation), pursuant to 8 CFR 241.7, check here. ☐

Departure Verified by: _____

(Signature and title of immigration officer)

ICE Form I-205 (8/07)

Page 2 of 2

E

**U.S. Department of Homeland Security**                    **Notice of Intent/Decision to Reinstate Prior Order**

File No.

Event No:

FIN:                                Date: **January 13, 2026**

Name: FRANCISCO  FRANCO SANCHEZ AKA: FRANCO, Francisco ; SANCHEZ, Francisco

In accordance with section 241(a)(5) of the Immigration and Nationality Act (Act) and 8 CFR 241.8, you are hereby notified that the Secretary of Homeland Security intends to reinstate the order of _____ **Exclusion** _____ entered against you. This intent
is based on the following determinations:
(Deportation / exclusion / removal)

1. You are an alien subject to a prior order of deportation / exclusion / removal entered on ____ **November 9, 2009** ____ at
**Nogales, AZ** _____ .
(Location)                                                                    (Date)

2. You have been identified as an alien who:

    ☒ was removed on ____ **November 10, 2009** ____ pursuant to an order of deportation / exclusion / removal.
    (Date)

    ☐ departed voluntarily on _____ pursuant to an order of deportation / exclusion / removal on or
    (Date)
    after the date on which such order took effect (i.e., who self-deported).

3. You illegally reentered the United States on or about ____ **Unknown Date** ____ at or near **Unknown** _____
    (Date)                                                        (Location)

In accordance with Section 241(a)(5) of the Act, you are removable as an alien who has illegally reentered the United States after having been previously removed or departed voluntarily while under an order of exclusion, deportation or removal and are therefore subject to removal by reinstatement of the prior order. You may contest this determination by making a written or oral statement to an immigration officer. You **do not** have a right to a hearing before an immigration judge.

*The facts that formed the basis of this determination, and the existence of a right to make a written or oral statement contesting this determination, were communicated to the alien in the* **Spanish** _____ *language.*

____ **KENNEDY III, W 10957** ____
(Printed or typed name of official)                          (Signature of officer)

**Deportation Officer**
(Title of officer)

---

**Acknowledgment and Response**

I ☐ do ☒ do not  wish to make a statement contesting this determination.        *Refused to Sign*

_____ (Date)                                                        (Signature of Alien)

---

**Decision, Order, and Officer's Certification**

Having reviewed all available evidence, the administrative file and any statements made or submitted in rebuttal, I have determined that the above-named alien is subject to removal through reinstatement of the prior order in accordance with section 241(a)(5) of the Act.

**January 13, 2026**                **East Meadow, NY**
(Date)                              (Location)                          (Signature of authorized deciding official)

**DIAZ, J 7700**                                                              **SDDO**
(Printed or typed name of official)                                          (Title)

Form I-871 (Rev. 08/01/07)